**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| ELMER J. COFFEY, | **:** | |
| Plaintiff, | **:** | Case No.  3:05CV383 |
| vs. | **:** | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| MIAMI COUNTY JAIL, *et al.*, | **:** | |
| Defendants. | **:** | |

---

**ENTRY AND ORDER**

---

The Court has reviewed *de novo* the Report and Recommendations (Doc. #25)

and the Supplemental Report and Recommendations (Doc. #28) of United States

Magistrate Judge Sharon L. Ovington, to whom this case was originally referred pursuant

to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said

Reports and Recommendations.

Accordingly, it is **ORDERED** that:

1.    The Report and Recommendations filed on November 21, 2006 (Doc.
#25) and the Supplemental Report and Recommendations filed on January
4, 2007 (Doc. #28) are ADOPTED in full;

2.    For the reasons stated in the Report and Recommendation (Doc. #25),
Plaintiff's claims against Defendants Miami County Jail; Miami County
Commissioners; Police Officer John Doe of the Tipp City, Ohio Police
Department; Sheriff Cox; and Jail Administrator Dee Sandy are
DISMISSED with prejudice;

3.      For the reasons stated in the Supplemental Report and Recommendations
        (Doc. #28), Plaintiff's claims against the individual corrections officers –
        Defendants Jeremy Mullenikx; Steve Davis; Tim Arnold; Anita and Rick
        (no last names); and J.R. (no full name) – and Defendant Deputy Sheriff
        Peoples are DISMISSED without prejudice; and

4.      This case is terminated on the docket of this Court.


January 29, 2007                              **s/THOMAS M. ROSE**


 

_____

                                  Thomas M. Rose
                              United States District Judge